

FILED
*NF*
NOV 08 2012



THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**FELONY** *NF*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## DESIGNATION SHEET FOR CRIMINAL PROCEEDING

**12 CR 872**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO**     If the answer is "Yes", list the case number and title of the earliest filed complaint:

**JUDGE SHADUR**

    1b. Should this indictment or information receive a new case number from the court? **Yes**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO**     If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?    **MAGISTRATE JUDGE KIM**    **NO**
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
**NO**     If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?     **NO**

6) What level of offense is this indictment or information?     **FELONY**

7) **Does this indictment or information involve eight or more defendants?**     **NO**

8) Does this indictment or information include a conspiracy count?     **NO**

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide ............... (II) | ☐ Income Tax Fraud ....... (II) | ☐ DAPCA Controlled Substances (III) |
| ☐ Criminal Antitrust ............... (II) | ☐ Postal Fraud ............ (II) | ☐ Miscellaneous General Offenses (IV) |
| ☐ Bank robbery ........... (II) | ☐ Other Fraud ............ (III) | ☐ Immigration Laws ...... (IV) |
| ☐ Post Office Robbery ...... (II) | ☐ Auto Theft ............. (IV) | ☐ Liquor, Internal Revenue Laws (IV) |
| ☐ Other Robbery .......... (II) | ☐ Transporting Forged Securities (III) | ☐ Food & Drug Laws ....... (IV) |
| ☐ Assault ................ (III) | ☐ Forgery ................ (III) | ☐ Motor Carrier Act ........ (IV) |
| ☐ Burglary ............... (IV) | ☐ Counterfeiting .......... (III) | ☐ Selective Service Act ..... (IV) |
| ☐ Larceny and Theft (IV) | ☐ Sex Offenses ........... (II) | ☐ Obscene Mail .......... (III) |
| ☐ Postal Embezzlement ...... (IV) | ☐ DAPCA Marijuana ...... (III) | X Other Federal Statutes .... (III) |
| ☐ Other Embezzlement ..... (III) | ☐ DAPCA Narcotics ....... (III) | ☐ Transfer of Probation Jurisdiction (V) |

10) List the statute of each of the offenses charged in the indictment or information.

18 U.S.C. § 1521

_____
NATHAN D. STUMP
Special Assistant United States Attorney