IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,  )
                           )
        Plaintiff,         )
                           )
    v.                     )   No.  12 CR 872
                           )
CHERRON PHILLIPS,          )
                           )
        Defendant.         )

## MEMORANDUM ORDER

Last Friday afternoon (June 7) this Court's courtroom deputy delivered to this Court a copy of the e-mail directed to her that day from Pretrial Services Officer Christopher Lonis.  Not to put too fine a point on it, the reported representation by defendant Cherron Phillips ("Phillips") was totally false--she said nothing whatever about her child's academic awards ceremony or about her requested attendance at that ceremony during the previously-set brief status hearing that was held that morning for a totally different purpose.

This memorandum order is not intended to suggest that this Court would have denied such a request if it had been made. Instead Phillips has simply provided another instance--and a particularly egregious one, since it involves a blatant falsehood--of her apparent belief that she can conduct herself in this criminal proceeding in accordance with rules of her own (or perhaps no rules at all).

Because the purpose of the June 7 status hearing was to

determine whether the parties had arrived at some predicate for resolution of this case, and because their joint report was negative in that respect, this Court set defendant Phillips' trial to begin at 9:30 a.m. July 29, 2013. Because defendant Phillips wishes to exercise her constitutional right to represent herself in the criminal trial (see <u>Faretta v. California</u>, 422 U.S. 806 (1975)), and because her expressed reluctance to accept the assistance of standby counsel will no doubt give her more than enough to do in preparation for trial,[1] no useful purpose would be served by a digression now into the possible consequences of Phillips' distressing conduct. Instead any possible action by this Court will be deferred until after completion of the trial.

_____
Milton I. Shadur
Senior United States District Judge

Dated:   June 11, 2013

---

[1]   This Court has not reached a decision as to whether such counsel will have to be appointed to assist Phillips with technical matters relating to the trial, so as to keep the case within proper boundaries.



**12CR872; Cherron Phillips**
Christopher Lonis to: Sonya Banks
06/07/2013 11:16 AM

Good Morning Sonya,

Ms. Phillips was in our office a few minutes ago and reported Judge Shadur granted her oral motion to allow her to attend her child's academic awards ceremony tomorrow from 4-9pm. Please verify that Judge Shadur granted the defendant's motion as noted above. I can be reached via e-mail or at extension 5367. Thank you for your assistance with this matter.

Chris

Christopher J. Lonis
U.S. Pretrial Services Officer
Northern District of Illinois
219 S. Dearborn, Room 15100
Chicago, IL 60604
Office (312) 435-5367
Fax (312) 435-5545

*Please advise because it was not discussed in court.*