```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION

UNITED STATES OF AMERICA,     )
                              )
          Plaintiff,          )
                              )
     v.                       )    No.  12 CR 872
                              )
CHERRON PHILLIPS,             )
                              )
          Defendant.          )
```

MEMORANDUM ORDER

Pro se defendant Cherron Marie Phillips, who has elected to exercise her constitutional right to self-representation, today submitted a motion to dismiss the indictment and this action. That motion in part complained that the copy of the indictment that defendant had received (and that this Court had received as well) lacked the signature of the grand jury foreperson and the United States Attorney.  This Court orally directed that a signed copy of the indictment be provided to defendant Phillips and to Assistant United States Attorney Nathan Stump.

Since that time, however, this Court's attention has been drawn to this District Court's Local Criminal Rule 6.2, under which the signed indictment is a "restricted document[ ] and shall be available only on an order of the Chief Judge." Accordingly Chief Judge Ruben Castillo is requested to ratify and approve this Court's directive that a copy of the signed indictment charging defendant Phillips in this case be provided to each of defendant Phillips, government counsel and this Court.

In accordance with the Rule, the signed indictment shall not be filed in the public record of this case.

_____
Milton I. Shadur
Senior United States District Judge

Date: July 26, 2013